```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIGI GIROTTO,

                 Plaintiff,

      - against -

RICHMAN IMPORTS, LLC, et al.,

                Defendants.
------------------------------------------------------------X

20-CV-6036 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     The time for Defendants to respond to the complaint expired over a month ago. By December 2, 2020, Plaintiff shall file a status report, including whether Plaitniff plans to file for default judgment, and, if so, a proposed date for doing so.

                                 SO ORDERED.

                                 _____
                                 ROBERT W. LEHRBURGER
                                 UNITED STATES MAGISTRATE JUDGE

Dated: November 20, 2020
        New York, New York

Copies transmitted this date to all counsel of record.

1