# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Direct
(914) 946-1216 Fax

jacksonlewis.com

DIRECT DIAL:  (914) 872-6893
EMAIL ADDRESS:  REBECCA.MCCLOSKEY@JACKSONLEWIS.COM

December 17, 2020

**VIA ECF**
The Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

Re:  Girotto v. Richman Imports, LLC et al
     Case No. 1:20-cv-06036-PAE-RWL

Dear Magistrate Judge Lehrburger:

      This firm represents Defendant, 343-5 Bleecker Street LLC and was just retained in the above-referenced matter.  This letter is written pursuant to Rule I(F) of Your Honor's Individual Practice Rules, to request an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint through and including January 18, 2021, and to request the adjournment of the Initial Conference currently scheduled for January 5, 2021.

      Plaintiff's counsel consents to these requests.  These requests are made in light of our recent retention so that we will have sufficient time to review and analyze the allegations in this Complaint, speak with pertinent witnesses, review relevant documents, and determine an appropriate response.  This is Defendant's first request for an extension of these deadlines.  No other deadlines have been scheduled in this case.

      Thank you for your consideration of this request.

      Respectfully submitted,

      JACKSON LEWIS P.C.

      By: */s/ Rebecca M. McCloskey*
          Rebecca M. McCloskey

SO ORDERED:
12/18/2020
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020